

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 11, 2023

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Arthur Petrov</u>, 23 Mag. 6023

Dear Judge Gorenstein:

    The Government writes to respectfully request that the Court enter the attached limited unsealing order with respect to the complaint and related arrest warrant for the defendant in the above-referenced case. We request that the complaint and arrest warrant be unsealed in order to facilitate the arrest and extradition of the defendant, who is in a foreign country, and to make related mutual legal assistance requests. We request that the complaint and arrest warrant otherwise remain sealed until further order of the Court because the defendant has yet to be apprehended.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _____
    Matthew J.C. Hellman
    Kevin Sullivan
    Assistant United States Attorneys
    (212) 637-2278 / (347) 271-0355

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA    :

        - v. -    :     LIMITED UNSEALING ORDER

                             :     23 MAG 6023

ARTHUR PETROV,    :

     Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Matthew Hellman and Kevin Sullivan;

        WHEREAS the complaint and arrest warrant for defendant ARTHUR PETROV (the "Complaint" and the "Arrest Warrant," respectively) in the above-captioned case is currently sealed; and

        WHEREAS the United States Attorney's Office has applied to have the Complaint and Arrest Warrant unsealed for the limited purposes of allowing the United States Attorney's Office to transmit the Complaint and Arrest Warrant to representatives from the U.S. Department of State, other U.S. federal agencies, and foreign authorities, including but not limited to law enforcement, intelligence, and diplomatic authorities, for purposes of effectuating provisional arrest warrants, requests made under Mutual Legal Assistance Treaties, extradition requests and coordinating federal government and law enforcement and other U.S. and foreign government activity prior to the unsealing of the Complaint; it is hereby

        ORDERED that the Complaint and Arrest Warrant in this matter be unsealed for the limited purposes described in the preceding paragraph; and it is further

ORDERED that the Complaint, Arrest Warrant, and this Order shall remain under seal until further Order from the Court.

Dated:    New York, New York
         August 11, 2023

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK