UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>UNSEALING ORDER</u> |
| - v. - | 23 MAG 6023 |
| ARTHUR PETROV | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Kevin Sullivan;

WHEREAS the complaint for defendant ARTHUR PETROV in the above-captioned case is currently sealed; and

WHEREAS the United States Attorney's Office has applied to have the complaint unsealed in light of the arrest of the defendant in a foreign country and the Government's intention to publicly announce the charges today; it is hereby

ORDERED that the complaint in this matter be unsealed for the reasons described in the preceding paragraph.

Dated:     New York, New York
           August 31, 2023

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2023

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Arthur Petrov*, **23 Mag. 6023**

Dear Judge Lehrburger:

    The Government writes to respectfully request that the complaint in the above-referenced case be unsealed in light of the arrest of the defendant in a foreign country at the request of the United States and the Government's intention to publicly announce the charges later today. A proposed order to that effect is attached.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

By:                                    
                                    Kevin Sullivan
                                    Assistant United States Attorney
                                    (347) 271-0355